

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/30/2024 09:30 AM

COURTROOM 4A, 4th Floor

HONORABLE JASON BURGESS

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:24-bk-01477-BAJ | 13 | 05/24/2024 |

Chapter 13

**DEBTOR:** Richard Barnes

**DEBTOR ATTY:** Donald DuFresne

**TRUSTEE:** Douglas Neway

**HEARING:**

Confirmation Hearing

**APPEARANCES::**

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Confirmation Hearing

 B/C RESCHEDULED TO SEPTEMBER 10 @ 10:30 AOCNFN

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.