**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
**www.flmb.uscourts.gov**

IN RE:
RICHARD MADISON BARNES            CASE NO.: 3:24-bk-01477-BAJ
    Debtor.                                   CHAPTER 13
_____

### NOTICE OF VOLUNTARY DISMISSAL OF CHAPTER 13 CASE BY DEBTOR

COMES NOW, the Debtor, pursuant to 11 U.S.C. §1307(b) and files this notice that this case is VOLUNTARILY DISMISSED.

I HEREBY CERTIFY that a true and correct copy of this foregoing has been furnished to all interested parties either electronically via the CM/ECF system, and/or by US Mail, Postage prepaid this 30TH day of August, 2024.

                                                           **PARKER & DUFRESNE, P.A.**

                                                           */s/Donald M. DuFresne*
                                                           Donald M. DuFresne
                                                           Florida Bar No.: 802778
                                                           8777 San Jose Blvd., Suite 301
                                                           Jacksonville, FL 32217
                                                           Telephone: (904) 733-7766
                                                           Attorney for Debtor